IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| ———————————————— | : | |
| | : | |
| ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P., AND THE LIVERPOOL PARTNERSHIP, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C. A. No. 18-400-RGA |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | |
| | : | |
| Appellees. | : | |
| ———————————————— | : | |
| | : | |
| UMB BANK, N.A., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 18-456-RGA |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | |
| | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **17th** day of **April, 2018.**

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern

Mediation of Appeals from the United States Bankruptcy Court for this District dated

September 11, 2012, discussions were held with counsel and further communications occurred through email exchanges to determine the appropriateness of mediation in these matters;

On April 6, 2018, Judge Andrews consolidated these matters, making 18-400-RGA the lead case and 18-456-RGA a member case consistent with an unopposed motion to consolidate.

WHEREAS, as a result of the above screening process, the issues involved in these case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process. Further, the parties advised in their letter of April 4, 2018 regarding the 18-400-RGA matter their request to withdraw this matter from mandatory mediation.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), the 18-400-RGA matter along with the member matter 18-456-RGA be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties have advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

In addition, the parties request that the following brief schedule be entered:

Appellants' opening brief: no later that 30 days from entry of an order withdrawing the matters from mediation
Appellees' answering brief: no later than 30 days after services of

Appellants' opening brief.

Appellants reply brief: no later than 14 days after service of Appellees' answering brief.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge